1 | LAW OFFICES OF JULIE M. MCCOY
  | JULIE M. MCCOY, Bar no. 129640
2 | JACQUELYNE M. NGUYEN, Bar no. 249658
  | 1670 SANTA ANA AVE., SUITE "K"
3 | COSTA MESA, CA 92627
  | Telephone: (949) 722-0055
4 | Fax: (949) 722-8416

5 | Attorney for: PLAINTIFF

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,    No. CV A 12- **5567**

12 |          Plaintiff,

13 |     vs.                      CONSENT JUDGMENT

14 | CHARLES S. WINTERS,

15 |          Defendant

17 | Pursuant to the above stipulation of the parties,
18 | Judgment is hereby entered in favor of Plaintiff, UNITED
19 | STATES OF AMERICA, against Defendant, Charles S. Winters, in
20 | the principal amount of $1,868.96 plus interest accrued to
21 | June 7, 2012, in the sum of $2,430.25; with interest
22 | accruing thereafter at 8% annually until entry of judgment,
23 | administration costs in the amount of $0.00, for a total
24 | amount of **$4,299.21**.

26 | DATED:  7/3/2012          By: TERRY NAFISI
                                   Clerk of the Court
27 |
                                   L. RAYFORD
28 |                                Deputy Clerk
                                   United States District Court